IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SERGIO RAMIREZ-PAYANO,<br><br>Petitioner,<br><br>v.<br><br>ELIGIO VILLEGAS-MARTINEZ, et al.,<br><br>Respondents. | CIVIL NO. 25-1422 (CVR) |

**ORDER**

Petitioner Sergio Ramírez-Payano's "Motion for Order to Show Cause" (ECF No. 12) is GRANTED.

Respondents shall SHOW CAUSE by September 1, 2025, as to why a Habeas Corpus writ should not issue. Petitioner is granted until September 11, 2025 to respond. If warranted, the court will promptly schedule a hearing.

Petitioner shall immediately serve upon all Respondents and the United States Attorney for the District of Puerto Rico a copy of this order and shall certify compliance to the court by August 22, 2025.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 20th day of August 2025.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE