IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SERGIO RAMIREZ-PAYANO,

Petitioner,

v.

ELIGIO VILLEGAS-MARTIENEZ, et al.,

Respondents.

CIVIL NO. 25-1422 (CVR)

## JUDGMENT

Pursuant to the Notice of Voluntary Dismissal (Docket No. 32), the Court hereby ENTERS JUDGMENT and DISMISSES WITH PREJUDICE this case against all Respondents.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 25th day of September 2025.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE